To whom it may concern:

1-20-15
76,670-06

My name is Lamar Lovett #1687455 I am doing this Pro Se I am not an Attourney nor can't be held to the same stringent standards as an Attourney. I have recently put in a motion for an Evidientiary Hearing that was denied, There was and are grounds for an Evidientiary Hearing or a new Trial on an extreaneous offence that hard evidience as well as testimony from a jailhouse informant who got a deal for his testimony was admitted during my Trial cause# D-1-DC-10-904094 it is not admisstable due to being dismissed on Aug 24th 2011. This is clearly a violadion of my Due Process Rights I ask for a new trial at least or a Dissmissal. All of the original cause numbers have been dismissed after we in my conviction why was my motion for the Evidientiary Hearing denied your Attendion in this matter is greatly appreciated.

Thank you  Lamar Lovett
Lamar Lovett #1687455
McConnell unit
3001 S Emily Dr
Beeville TX 78102

Abel Acosta, Clerk
JAN 26 2015
RECEIVED IN
COURT OF CRIMINAL APPEALS

Over

All original cause #'s have been
dismissed along with solicitation to
commit capital murder 2011

A.